# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0648
_____

QUENTIN R. GHOLSTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 21, 2025

PER CURIAM.

DISMISSED.

OSTERHAUS, CJ., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Quentin R. Gholston, pro se, Petitioner.

No Appearance for Respondent.